| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) REINHARD, PHILIP G | **2. Court or Organization** NDIL - WESTERN DIVISION | **3. Date of Report** 04/11/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SENIOR STATUS | **5a. Report Type** (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final **5b.** ☐ Amended Report | **6. Reporting Period** 01/01/2007 to 12/31/2007 |
| **7. Chambers or Office Address** 211 SOUTH COURT STREET ROOM 202 ROCKFORD, ILLINOIS 61101 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.** Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Illinois Judges' Retirement System | $ 60,468.72 |
| 2. 2007 | Illinois Municipal Retirement Fund | $ 13,252.81 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2007 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Regal Beloit Corporation Common Stock | B | Dividend | L | T | Buy More | 11/26 | J | | |
| 2. | | | | | Buy More | 5/2 | J | | |
| 3. IRA Acct.Vanguard Group:AMFI Com. Stock;Prime Money MktAcct | A | Int./Div. | K | T | | | | | |
| 4. AmCore Financial Accounts | C | Interest | L | T | | | | | |
| 5. Equitable Resources Common Stock | C | Dividend | M | T | | | | | |
| 6. Vanguard - Index Total Stock Market Fund | D | Dividend | N | T | Buy More | 1/12 | J | | |
| 7. | | | | | Buy More | 7/31 | J | | |
| 8. Mairs & Power Growth Fund | B | Dividend | K | T | | | | | |
| 9. Pioneer Natural Res.Co. Common Stock | A | Dividend | J | T | | | | | |
| 10. Nabors Ind. Ltd., f/k/a Nabors Ind., Inc. Common Stock | | None | J | T | | | | | |
| 11. Artisian Int'l Fund | D | Dividend | K | T | | | | | |
| 12. Cisco Systems Common Stock | | None | J | T | | | | | |
| 13. E*Trade Clearning LLC Brokerage Account | A | Interest | J | T | | | | | |
| 14. Vanguard Prime Money Market Fund | D | Dividend | K | T | | | | | |
| 15. Dodge & Cox Stock Fund | C | Dividend | K | T | | | | | |
| 16. Royce Small Cap Fund | C | Dividend | K | T | | | | | |
| 17. Baron Small Cap Fund | B | Dividend | K | T | Redeem Part | 1/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | Date of Report |
|---|---|---|---|
| | Name of Person Reporting | | |
| | REINHARD, PHILIP G | | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Teleflex Inc. Common Stock | A | Dividend | J | T | Buy More | 11/28 | J | | |
| 19. Pfizer Inc. Common Stock | A | Dividend | J | T | Sell | 11/23 | J | | |
| 20. Gold - Krugerrands | | None | M | T | | | | | |
| 21. Dodge & Cox International Stock Fund | C | Dividend | J | T | | | | | |
| 22. Meridian Growth Fund | B | Dividend | J | T | | | | | |
| 23. Abbott Laboritories Common Stock | A | Dividend | J | T | | | | | |
| 24. Associated Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 25. Johnson & Johnson Corp. Common Stock | A | Dividend | K | T | Buy More | 3/19 | J | | |
| 26. MGE Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 27. 3M Corp. Common Stock | A | Dividend | K | T | | | | | |
| 28. Immucor, Inc. Common Stock | | None | J | T | Buy More | 7/9 | J | | |
| 29. SCP Pool Corp. Common Stock | A | Dividend | J | T | Buy More | 1/23 | J | | |
| 30. Baron Partners Fund | C | Dividend | K | T | Buy More | 1/12 | J | | |
| 31. Vanguard Intn.Eq.Ind Fd Emr.Mkt.ETF | A | Dividend | J | T | Buy More | 8/17 | J | | |
| 32. | | | | | Buy More | 11/26 | J | | |
| 33. Celera Group Common Stock | | None | J | T | Sell | 11/23 | J | | |
| 34. Keys Federal Credit Union Account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cemex ADR | | None | J | T | Buy | 11/26 | J | | |
| 36. | | | | | Buy | 9/14 | J | | |
| 37. | | | | | Buy | 8/17 | J | | |
| 38. | | | | | Buy | 8/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| REINHARD, PHILIP G | 04/11/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 13, Art. VII -- E* Trade Clearing LLC Brokerage Account - The amounts listed under B & C are only for monies in that account. All stocks in the E* Trade account are listed individually under Part VII, as in past reports.

Trust #1 was created in March 2005. All trust assets required to be disclosed in Art. VII are listed therein.

Line 3, Art. VII -- On November 27, 2007 my IRA Account previously managed by Wachovia Sec. was transferred to the management of Vanguard Group and contains the same assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544